UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LYNN ZELVIN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>-against-<br><br>COLONIAL WINE & SPIRITS, INC.,<br><br>      Defendant. | 23-CV-11036 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  IT IS HEREBY ORDERED that, within thirty (30) days of service of the summons and complaint, the parties must meet and confer for at least one hour in a good-faith attempt to settle this action. To the extent the parties are unable to settle the case themselves, they must also discuss whether further settlement discussions through the district's court-annexed mediation program or before a magistrate judge would be productive at this time.

  IT IS FURTHER ORDERED that within fifteen (15) additional days (*i.e.*, within forty-five (45) days of service of the summons and complaint), the parties must submit a joint letter informing the Court whether the parties have settled. If the parties do not reach a settlement, the parties shall in the joint letter request that the Court (1) refer the case to mediation or a magistrate judge for a settlement conference (and indicate a preference between the two options), or (2) proceed with an initial pretrial conference.

Dated: December 22, 2023
   New York, New York

                SO ORDERED.

                *Jessica Clarke*

                JESSICA G. L. CLARKE
                United States District Judge